May 25, 2015

59,397-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 01 2015

Abel Acosta, Clerk

LOUISE PEARSON
CLERK
CRIMINAL COURT OF APPEALS

I HAVE WRITTEN TO ASK FOR ASSISTANCE TOWARDS OBTAINING FROM THE COURT OF APPEALS OR INFORMATION OF HOW TO OBTAIN, A COPY OF A 11O7 WRIT OF HABEUS CORPUS.

I FILED MY 11O7 WRIT FROM DAWSON STATE JAIL, IN LATE 2003 OR EARLY 2004. THE WRIT CONCERNS THE LATE PROCESS OF A PAROLE REVOCATION HEARING. AFTER SERVING TWO YEARS OF A STATE JAIL SENTENCE AND RELEASED ON PAROLE. UPON MY THIRD (3RD) MONTH REPORT I WAS JAILED AND NOTIFIED THAT THE REASON FOR BEING JAILED WAS BECAUSE I HAD NEVER HAD A PAROLE HEARING IN SPECIFCALLY FOR THE STATE JAIL CHARGE, TWO YEARS LATER AFTER MY RELEASE, AND MUST BE IN JAIL FOR THE HEARING. EVEN THOUGH I HAD BEEN IN CUSTODY FOR (2) TWO YEARS. I APPRECIATE YOUR HELP. INFORMATION OF MY TDC # IS-535301, BURGALARY HAB - 15 YEAR SENTENCE. THE WRIT 11O7 WAS ABOUT ABSENCE OF DUE PROCESS BY THE BOARD OF PARDONS AND PAROLE.

D.O.B. 8-24-54
DALLAS COUNTY, TX
JUDGE: HAROLD ENTZ
     OR
KEITH DEAN

CLYDE L. GREER JR
     1972085
BRADSHAW
P.O. BOX 9000
HENDERSON, TX 75653